UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARISSA and JOSE BENAVIDES, Individually, and as Representatives of the Estate of A.B. Deceased, | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 15-CV-263 |
| *Plaintiffs,* | | |
| v. | | |
| RICHARD J. GUAJARDO, M.D. and CHRISTUS SPOHN HEALTH SYSTEM CORPORATION d/b/a CHRISTUS SPOHN ALICE ROLAND R. GARZA, | | |
| *Defendants.* | | |

NOTICE OF REMOVAL

The United States of America, through the undersigned Assistant U.S. Attorney, and on behalf of federal employee Richard J. Guajardo, M.D., files this Notice of Removal upon showing:

1.

This matter involves a civil action for negligence against federal employee, Richard J. Guajardo, M.D., who was at all times acting the scope of his duties with the Community Action Corporation of South Texas, a federally supported health care facility which receives grant money from the United States Public Health Service pursuant to 42 U.S.C. 256.  The Bureau of Primary Health Care (BPHC), in accordance with Section 224(h) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(h), as amended by the Federally Supported Health Centers Assistance Act of 1995 ("FSHCAA")(Pub. L. 104-73), has "deemed" the Community Action

Corporation of South Texas, and its employees, including Richard J. Guajardo, M.D., as employees of the Federal Government, effective January 1, 2010, and that its coverage has continued without interruption since that time for purposes of Section 224. Section 224(a) provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346(b), 2671 *et seq.*, for damage for personal injury, including death, resulting from the performance of medical, surgical, dental, and related functions and is exclusive of any other civil action or proceeding.

2.

Because plaintiff's civil action was commenced in State court against a federal employee acting within the scope of his duties with a federally supported health care facility, this action is properly removed under 28 U.S.C. §§ 1442(a), the Federal Tort Claims Act, 28 U.S.C. § 2679(d)(2), and pursuant to the Federally Supported Health Care Assistance Act, 42 U.S.C. § 233.

WHEREFORE, this civil action is properly and timely removed by the United States of American on behalf of its employee, defendant Richard J. Guajardo, M.D.

        KENNETH MAGIDSON
        United States Attorney

By: *s/ Virgil Hank Lewis, II*
        VIRGIL HANK LEWIS, II
        Assistant United States Attorney
        State Bar No. 1531
        Federal Bar No. 1531439
        Southern District of Texas
        800 North Shoreline. Suite 500
        Corpus Christi, Texas   78401
        Tel. (361) 888-3111 Fax (361) 888-3200
        Virgil.Lewis@usdoj.gov
        Attorney for Richard J. Guajardo

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was electronically served through the court's electronic filing system, or by U.S. Mail postage prepaid, on this 12th day of June 2015, to the following counsel of record:

ATTORNEYS FOR PLAINTIFFS:

Beth S. Janicek
Janicek Law Firm, PC
1100 NE Loop 410, Suite 550
San Antonio, Texas 78209
&
Glenn W. Cunningham
Law Offices of Glenn W. Cunningham
14100 San Pedro Ave., Suite 550
San Antonio, Texas 78232

ATTORNEYS FOR DEFENDANT
CHRISTUS SPOHN HEALTH SYSTEM
d/b/a CHRISTUS SPOHN HOSPITAL ALICE

Charles A. Deacon
&
Bertina B. York
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792


ATTORNEY FOR DEFENDANT
Richard J. Guajardo, M.D.

Richard C. Woolsey
505 Carancahua, Suite 1160
Corpus Christi, Texas, 78401